

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-14-00140-CV

**IN THE INTEREST OF A.R.P., ET AL., CHILDREN,**

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-01-0023-CVA
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellant Sondra C.'s second motion for extension of time to file brief is hereby GRANTED. Appellant's brief is due on or before June 2, 2014. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court